UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DAN GRANDBERRY,** <br> **TDCJ No. 01685729,** <br><br> Petitioner, <br><br> V. <br><br> **WILLIAM STEPHENS, Director,** <br> **Texas Department of Criminal Justice,** <br> **Correctional Institutions Division,** <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §    CV. NO. SA-14-CA-852-DAE (HJB) |

### FINAL JUDGMENT

This federal habeas corpus action, filed pursuant to Section 2254 of Title 28, United States Code, came for consideration before the Court. In a Memorandum Opinion and Order issued contemporaneously with this Judgment, this Court has rendered a final decision on all issues pending in this cause.

**Accordingly, i**t is **ORDERED, ADJUDGED, and DECREED** that:

1. Petitioner's petition for federal habeas corpus relief, filed September 26, 2014, *ECF no. 1*, is **DISMISSED** with prejudice as untimely pursuant to 28 U.S.C. § 2244(d).

2. Alternatively, petitioner's federal habeas corpus petition is in all respects **DENIED.**

3. Petitioner is **DENIED** a Certificate of Appealability on all his claims.

**IT IS SO ORDERED**.

**SIGNED this 30th day of March, 2015.**

_____
David Alan Ezra
Senior United States Distict Judge