# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 04, 2016

**FILED**  
FEB - 4 2016  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____  
DEPUTY

Ms. Jeannette Clack  
Western District of Texas, San Antonio  
United States District Court  
655 E. Cesar E. Chavez Boulevard  
Suite G65  
San Antonio, TX 78206

No. 15-50399    Dan Grandberry v. William Stephens, Director  
USDC No. 5:14-CV-852-DAE

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

cc w/encl:  
    Mr. Dan Grandberry  
    Mr. Edward Larry Marshall